UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| LINDA FAYE BYNUM MORRIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 4:17-CV-106-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 30] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 24] is DENIED, defendant's motion for judgment on the pleadings [D.E. 26] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on July 30, 2018, and Copies To:**
| | |
|---|---|
| George C. Piemonte | (via CM/ECF electronic notification) |
| Stephen F. Dmetruk, Jr. | (via CM/ECF electronic notification) |

DATE:                         PETER A. MOORE, JR., CLERK
July 30, 2018           (By) /s/ Nicole Sellers
                                  Deputy Clerk